**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Andrew M. Keyes (Bar No. 327549)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
andrew@kr.law

Attorneys for Petitioner Arbinare Limited dba Relatio

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re 17 U.S.C. §512(h) Subpoena to<br><br>Meta Platforms, Inc. | Case No.   3:26-mc-80080<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. §512(h)** |

Case No. 3:26-mc-80080

**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA**

concurrently herewith.

In support of its request, Relatio submits and attaches the following: (1) a proposed subpoena; (2) a sworn declaration attesting that the purpose for which the DMCA subpoena is sought is proper under the DMCA (see Mazurenko Decl. ¶13); and (3) copies of the prior §512(c)(3)(A) takedown notices (see Exhibit A to the Mazurenko Decl.).

Respectfully Submitted,

DATED: March 17, 2026

**KRONENBERGER ROSENFELD, LLP**

By: ___/s/Andrew M. Keyes___
Andrew M. Keyes

Attorneys for Petitioner Arbinare Limited dba Relatio

Case No. 3:26-mc-80080

1

**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA**